■ In the Matter of IMAANI A. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; RAFIYQ A., Appellant. (And Another Proceeding.) [51 NYS3d 892]—Appeal by the father from an order of fact-finding of the Family Court, Kings County (Ann E. O'Shea, J.), dated March 3, 2016. The order, after a fact-finding hearing, inter alia, found that the father neglected the subject child.

Ordered that the order of fact-finding is affirmed insofar as appealed from, without costs or disbursements.

The petitioner commenced this proceeding pursuant to Family Court Act article 10 alleging, inter alia, that the father neglected the subject child. After a fact-finding hearing, the Family Court determined that the father neglected the child by inflicting excessive corporal punishment. The father appeals.

"At a fact-finding hearing in a child protective proceeding pursuant to Family Court Act article 10, the petitioner has the burden of establishing, by a preponderance of the evidence, that the subject child has been abused or neglected" (*Matter of Kyra S. [Kirtan D.S.]*, 128 AD3d 970, 971 [2015] [internal quotation marks omitted]; *see Matter of Era O. [Emmanuel O.]*, 145 AD3d 895, 896-897 [2016]). Here, contrary to the father's contention, a preponderance of the evidence supports the Family Court's finding that he neglected the child by inflicting excessive corporal punishment on her (*see* Family Ct Act § 1012 [f] [i] [B]; *Matter of Era O. [Emmanuel O.]*, 145 AD3d at 897-898; *Matter of Ishaq B. [Lea B.]*, 121 AD3d 889, 890 [2014]; *Matter of Amerriah S. [Kadiatou Y.]*, 100 AD3d 1006, 1006-1007 [2012]; *Matter of Justyce M. [Shavon E.]*, 77 AD3d 1407, 1408 [2010]; *cf. Matter of Justin O.*, 28 AD3d 877, 878-879 [2006]). Hall, J.P., Sgroi, Maltese and LaSalle, JJ., concur.